# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| JOHN E. CORN, JR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV613-039 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **REPORT AND RECOMMENDATION**

John E. Corn has chosen to burden this Court by misusing 28 U.S.C. § 2241 to try and jam-up a forthcoming hearing to consider whether his supervised release should be revoked. Doc. 2 (petition filed with the Court on April 10, 2013; *see also United States v. Corn*, CR491-151, doc. 74 (revocation motion); doc. 82 (Notice of June 4, 2013 hearing on that motion). In it he seeks a "prompt hearing" on the revocation allegations against him. CV613-039 doc. 2 at 4. The *Corn* case shows he is being provided precisely that.

For jurisdictional purposes only, Corn's *in forma pauperis* motion (CV613-039, doc. 4) is **GRANTED**, but this proceeding should be

**DISMISSED** as frivolous. The Clerk shall serve a copy of this Report and Recommendation upon J. Maria Waters, who represents the United States in this matter. *See Corn*, CR491-151, doc. 82.

**SO REPORTED AND RECOMMENDED** this 21st day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA